UNITED STATES DISTRICT COURT  3:17CR156-JAM
DISTRICT OF CONNECTICUT

FILED
2017 JUL 19 PM 1 00
U.S. DISTRICT COURT
NEW HAVEN, CT.

GRAND JURY N-16-3

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:17CR___(  ) |
| v. | VIOLATION: |
| NEFTY RODRIGUEZ | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) (possession with intent to distribute, and distribution of, heroin and cocaine base) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Possession with intent to distribute and, distribution of, heroin and cocaine base)

From in or about June 2015 through in or about September 2015, in the District of Connecticut, the defendant NEFTY RODRIGUEZ knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL:

/S/
FOREPERSON

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

ROBERT M. SPECTOR
ASSISTANT UNITED STATES ATTORNEY